■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY BENSTON, Appellant. [749 NYS2d 882] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Braun, J.), rendered November 6, 2000, convicting him of robbery in the first degree, upon a jury verdict, and sentencing him to a determinate term of 10 years imprisonment.

Ordered that the judgment is modified, as a matter of discretion in the interest of justice, by reducing the sentence to a determinate term of eight years imprisonment; as so modified, the judgment is affirmed.

Under the particular circumstances of this case, it is appropriate to reduce the defendant's sentence to the minimum, a determinate term of eight years imprisonment. Florio, J.P., S. Miller, Adams and Crane, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL CLAY, Appellant. [749 NYS2d 902] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 30, 2001 (*People v Clay,* 282 AD2d 755), affirming a judgment of the Supreme Court, Queens County, rendered December 23, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Ritter, J.P., Santucci, Goldstein and Crane, JJ., concur.